Submitted on briefs June 4, affirmed June 11, petition for rehearing denied July 7, petition for review denied by Supreme Court August 18, 1970

STATE OF OREGON, *Respondent, v.*
MATT WILLIAMS, JR., *Appellant.*

470 P2d 386

Gary D. Babcock, Public Defender, Salem, filed the brief for appellant.

Michael E. Murphy, Deputy District Attorney, Eugene, filed the brief for respondent. With him on the brief was John B. Leahy, District Attorney, Eugene.

Before Schwab, Chief Judge, and Foley and Branchfield, Judges.

PER CURIAM

The defendant, having been found guilty of a felony by a jury, appeals.

His sole contention on appeal is that under the Constitution of the United States the defendant was entitled to have the jury instructed that to find him guilty the jurors must unanimously agree as to his guilt. This issue has been decided *contra* to the defendant's contention in *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).

Affirmed.